## EBBERS v CAMPBELL et

Ohio Appeals, 1st Dist, Hamilton Co

No 6006.  Decided Nov 10, 1941

Walter Sibbald, Cincinnati, for appellant.

Carl W. Rich, Cincinnati, and C. Watson Hover, Cincinnati, for appellees.

#### OPINION
BY THE COURT:

The Court of Common Pleas sustained a demurrer to the petition.

Upon examination, we find no allegations in the petition charging the defendants with any act which caused the damage of which complaint is made.

The demurrer was therefore properly sustained, and the judgment is affirmed.

MATTHEWS, PJ., HAMILTON & ROSS, JJ., concur.